# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re:     DAVID H. VINCEMT                                              CHAPTER 13
                                                                          NO: 16-13281-JDW

## MOTION TO SELL REAL PROPERTY

COMES NOW, Debtor(s), by and through Counsel, and moves this Court for an order allowing Debtor(s) to sell their personal residence and in support hereof would show this Honorable Court as follows:

1. That Debtor(s) filed this case on September 22, 2016.

2. That the Debtor(s) seeks to sell the real property located at 5422 Peach Trail, Southaven, Mississippi 38671 that he owns as Joint Tenants with his non-filing spouse and that the sale price, as shown by attached offer, is $189,500.00.

3. That Debtor(s) seeks to pay off the existing mortgage loan to Trustmark National Bank and to pay any commissions and expenses of sale as set forth in the attached contract.

4. That Debtor(s) claimed an exempt equity in the home in the amount of $75,000.00 and hereby requests that any additional proceeds not exceeding this amount be disbursed to the Debtor(s) and spouse.

RESPECFULLY SUBMITTED, this the 2nd day of August 2019.

                                          David H. Vincent, Debtor(s)

                                 BY:  /s/ Giles W. King
                                       GILES W. KING, MSB#100037
                                       Attorney for Debtor(s)
                                       5699 Getwell Road, Bldg F, Ste 1
                                       Southaven, MS   38672
                                       Ph: 662-349-3111 / Fax: 662-349-3112
                                       giles@gileskinglaw.com