

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    Case #16-13281-JDW

DAVID H. VINCENT                                     Chapter 13

## AGREED ORDER ON MOTION TO SELL REAL PROPERTY

THIS CAUSE came before the Court on Debtor's Motion To Sell Real Property (Dkt.#60)(the "Motion") and Limited Objection filed by the Trustee (Dkt.#65)(the "objection") with no other objections to the Motion of the debtor having been filed after appropriate notice given. The Court, having been advised that the parties have reached an agreement with respect to the Motion and Limited Objection and that they desire to memorialize their agreement in this Agreed Order, finds that the agreement of the parties is appropriate and should be set forth herein. The Court does hereby Order and Adjudge as follows:

1. That the Limited Objection filed by the Trustee is hereby sustained.

2. That the Debtor is hereby authorized to sell his homestead property located at 5422 Peach Trail, Southaven, MS  38671 that he owns jointly with his spouse.

3. That any proceeds from sale exceeding the $75,000.00 exemption claimed by the debtor shall be disbursed to the Trustee within two (2) business days of closing.

4. That Debtor shall provide a copy of the HUD-1 settlement statement from said closing with two (2) business days of closing.

## ##END OF ORDER##

Agreed & Approved:

/s/ Giles W. King, Esq.                              /s/ Melanie T. Vardaman

Giles W. King (MSB# 100037)               Melanie T. Vardaman (MSB# 100392)

Attorney for Debtor                                   Attorney for Trustee